# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| SHAMEKA MONEE JETER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00264-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2022 Memorandum of Decision and Order.

August 16, 2022

Frank G. Johns, Clerk
United States District Court